UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jhirmick Jerome Gray            Docket No. 5:10-CR-377-1BO

### Petition for Action on Supervised Release

COMES NOW Bentley H. Massey, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Jhirmick Jerome Gray, who, upon an earlier plea of guilty to Possession With Intent to Distribute 5 Grams or More of Cocaine Base (Crack), 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on July 6, 2011, to the custody of the Bureau of Prisons for a term of 33 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

Jhirmick Jerome Gray was released from custody on April 17, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 26, 2015, the defendant was charged with Driving While Impaired in Nash County, North Carolina. The charges are pending in Nash County District Court, Nashville, North Carolina. He has been referred to Second Chance Recovery Services for substance abuse counseling/treatment. It is recommended that supervision be continued and the drug aftercare condition be added.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

                                             I declare under penalty of perjury that the foregoing
                                             is true and correct.

                                             /s/Bentley H. Massey
                                             Bentley H. Massey
                                             Senior U.S. Probation Officer
                                             310 New Bern Avenue, Room 610
                                             Raleigh, NC 27601-1441
                                             Phone: 919-861-8815
                                             Executed On: October 6, 2015

Jhirmick Jerome Gray
Docket No. 5:10-CR-377-1BO
Petition For Action
Page 2

**ORDER OF THE COURT**

Considered and ordered this ____6____ day of ___October___, 2015 and ordered, filed, and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge